UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
ASLIHAN OZKAN LEONE, et al.

             Plaintiffs,                         **ECF CASE**

      v.

                                                07 Civ. 6900 (HB)
ALBERTO GONZALES, et al.

             Defendants.                     NOTICE OF APPEARANCE
------------------------------------------------------------- x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         August 16, 2007

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney for the
                                        Southern District of New York

                          By:   /s/ _____
                                        CAROLINA A. FORNOS
                                        Assistant United States Attorney
                                        86 Chambers Street, 3rd Floor
                                        New York, New York 10007
                                        Telephone: (212) 637-2740
                                        Facsimile: (212) 637-2702
                                        Email: carolina.fornos@usdoj.gov

TO:    Melinda M. Basaran, Esq.
         1061-1063 Main Street
         Paterson, NJ 07503