UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aslihan Ozkan LEONE  A# 096-496-137 and
                            A# 096-429-137
Joseph Vincent LEONE
       Plaintiff(s),

          ECF

        v.

ALBERTO GONZALES, Attorney
General of the US Department of Justice and;
MICHAEL CHERTOFF, Secretary of the United States
Department of Homeland Security, (DHS) and;
EDUARDO AGUIRRE, Bureau Director of
Citizenship and Immigration Service (CIS), and
MARY ANN GANTNER, ANDREA
QUARANTILLO, District Director of the Citizenship
and Immigration Service (CIS), New York, New York,

       Defendants.

**STIPULATION
AND ORDER OF DIMISSAL**

07 Civ. 6900 (HB)

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is hereby dismissed as moot without costs or attorney's fees to any party.

Dated: New York, New York
       October 4, 2007

MELINDA M. BASARAN, ESQ.

By: _____
    MELINDA M. BASARAN, ESQ.
    1061-1063 Main Street
    Paterson, NJ 07503
    Tel: (973) 345-8088
    Fax: (973) 345-6888
    *Attorneys for Petitioners*

SO ORDERED:
_____ 10/4/07
HON. HAROLD BAER
United States District Judge

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: _____
    CAROLINA A. FORNOS
    Assistant United States Attorney
    86 Chambers Street
    New York, New York 10007
    Tel.: (212) 637-2740
    Fax: (212) 637-2702
    *Attorneys for Respondents*